In the Matter of the Claim of BRIDGET AYERS, Appellant, against HANNA FURNACE COMPANY, Respondent. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued February 9, 1932; decided March 3, 1932.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for the State Industrial Board, appellant.

*Ernest S. Carnes* for claimant-appellant.

*Clarence B. Tippett* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.